AO 440 (Rev 04/08)   Civil Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEBRASKA

| | |
|---|---|
| Lorinda Brown,           )<br>          Plaintiff              )<br>               v.                  )<br>                                     )<br>DEVA, INC., a Nebrtaska corporation,  )<br>d/b/a  GRISANTI'S,              )<br>                                     )<br>          Defendant            ) | Civil Action No.8:10-cv-27 |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
THOMAS H. PENKE, Registered Agent for
DEVA, INC.
406 NORTH 130TH STREET
OMAHA, NE  68154

A lawsuit has been filed against you.

          Within 20 days (21) after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorneys, whose names and addresses are:

| | |
|---|---|
| Marvin L. Andersen, Esquire<br>Bradley, Elsbernd, Emerton, et al<br>202 W. Third Street<br>Grand Island, NE  68802<br>Telephone: (308) 382-2128<br>Facsimile: (308) 382-2014 | Stephan M. Nitz, Esquire<br>Schwartz, Zweben LLP<br>3876 Sheridan Street<br>Hollywood, Florida  33021<br>Telephone: (954) 966-2483<br>Facsimile:  (954) 966-2566 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                    DENISE M. LUCKS
                                                                    Name of clerk of court

Date:  1/21/2010
                                                                    Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12 (a)(3).*)

AO 440 (Rev 04/08)   Civil Summons  (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (*specify*_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00_____   .

Date: _____      _____
                                                   Server's signature

                                                 _____
                                               Printed name and title

                                               _____
                                                   Server's address