NEDC Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1
======================================================

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LORINDA BROWN,                              CASE NO.: 8:10-cv-00027-LES-TDT

                Plaintiff,
vs.

DEVA, INC., a Nebraska corporation, d/b/a
Gristanti's

                Defendant.
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.,* 357 F. 3d 827, 828 (8th Cir. 2004), Plaintiff, Lorinda Brown, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS:  Check the applicable box or boxes, and fill in any required information]*

☐ X    This party is an individual.

☐      This party is a publicly held corporation or other publicly held entity.

☐      This party has parent corporations

      If yes, identify all parent corporations, including grandparent and greatparent corporations:

1

NEDC Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1
=======================================================

☐     Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

☐     Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

☐     This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member's state of citizenship:

☐     This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

Date:  February 3, 2010                 By:____/s/Stephan M Nitz____
                                                Stephan M. Nitz
                                                Florida Bar No. 45561
                                               snitz@szalaw.com
                                               Schwartz Zweben, L.L.P.
                                               3876 Sheridan Street
                                               Hollywood, Florida 33021
                                               Telephone:    (954) 966-2483
                                               Facsimile:     (954) 966-2566
                                               Marvin L. Andersen, Esquire
                                               NE Bar No: 22377
                                               Bradley, Elsbernd, Emerton, Andersen
                                               202 W. Third Street
                                               P.O. Box 639
                                               Grand Island, NE  68802-0639
                                               (308)382-2128-telephone
                                               (308)382-2014-facsimile
                                               Attorneys for Plaintiff

<u>Certificate of Service</u>

  I hereby certify that on February 3, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, and to the following ECF Registrants: Christopher E. Hoyme, Esquire at <u>hoymec@jacksonlewis.com</u> and Kenneth M Wentz, III, Attorneys for Defendant.

                S/Stephan M Nitz
                Stephan M Nitz

.